```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3026 |
| | ) | |
| v. | ) | |
| | ) | |
| PABLO LOSANO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1.  Defendant's motion for time, filing 20, is granted and the deadline for filing pretrial motions is extended to August 31, 2005.

2.  The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between August 5, 2005 and August 31, 2005 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3.  Defendant's previous motion for time, filing 15, is denied as moot.

4.  Trial is continued until further order.

DATED this 5th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge