IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:02CR3026 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PABLO LOSANO, ) | |
| a/k/a PABLO LOZANO, a/k/a "Jorge", ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the plaintiff's motion for time to respond to defendant's pretrial motions, filing 28.

The Court, being duly advised in the premises, finds that the motion should be granted.

IT IS ORDERED:

Plaintiff's motion for time to respond to defendant's motions, filing 28, is granted and the plaintiff is given until September 30, 2005 to file its response to the defendant's motions (filings 25 and 27).

Dated this 23rd day of September, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge