IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3026 |
| | ) | |
| V. | ) | |
| | ) | |
| PABLO LOSANO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because the Supreme Court has resolved the issue advanced by Mr. Losano,

IT IS ORDERED that the defendant's motion (filing 61) is denied.

DATED this 9th day of December, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge