IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>Plaintiff,   )<br>)<br>V.   )<br>)<br>PABLO LOSANO,   )<br>)<br>Defendant.   )<br>_____ ) | 4:02CR3026<br><br>JUDGMENT |

    IT IS ORDERED that judgment is entered for the United States and against Pablo Losano, denying with prejudice the § 2255 motion (filing no. 71). No certificate of appealability is granted.

    Dated June 30, 2016.

                                            BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            Senior United States District Judge